# ATTACHMENT

# A

*Redacted Docket Materials*

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | )    Case No. |
| Information associated with ███████████ | ) |
| that is stored at premises controlled by Microsoft Hotmail | ) |

## APPLICATION FOR A SEARCH WARRANT

     I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):* Information associated with ███████████ that is stored at premises controlled by Microsoft Hotmail (See Attachment A, hereby incorporated by reference.)

located in the _____ n/a _____ District of _____ n/a _____ , there is now concealed *(identify the person or describe the property to be seized):* See Affidavit and Attachments to this Application (which are incorporated into this Application as if set forth fully herein.)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 50 U.S.C. §§ 1701 et seq. | Violations of the International Emergency Economic Powers Act (IEEPA) |
| 18 U.S.C. § 1956 | Money Laundering |

The application is based on these facts:

Please see attached affidavit incorporated by reference as if fully restated herein.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

████████████████████████

Sworn to before me and signed in my presence.

Date: _____ 02/07/2017 _____

                                          *Judge's signature*

City and state: District of Columbia            U.S. Magistrate Judge G. Michael Harvey

                                          *Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**IN THE MATTER OF THE SEARCH OF**
**INFORMATION ASSOCIATED WITH**
███████████████████████
**THAT IS STORED AT PREMISES**
**CONTROLLED BY MICROSOFT**
**HOTMAIL**

Case No. _____

## AFFIDAVIT IN SUPPORT OF AN
## APPLICATION FOR A SEARCH WARRANT

I, ███████████████, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for information associated with a certain account that is stored at premises controlled by Microsoft Hotmail, an e-mail provider headquartered One Microsoft Way, Redmond, Washington. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Microsoft Hotmail to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B, using the procedures described in Section III of Attachment B.





3.     This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of the International Emergency Economic Powers Act ("IEEPA"), codified at 50 U.S.C. § 1701 *et seq*., and the money laundering statute, 18 U.S.C. § 1956, have been committed by ████████ and coconspirators known and unknown. There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, or fruits of these crimes further described in Attachment B.

**LEGAL BACKGROUND**

4.     Under IEEPA, 50 U.S.C. §§ 1701-07, the President of the United States was granted authority to deal with unusual and extraordinary threats to the national security and foreign policy of the United States.  Under IEEPA, the President may declare a national emergency through Executive Orders that have the full force and effect of law.

5.     IEEPA also empowers the U.S. Department of Commerce (DOC), which is located in Washington, D.C., to issue regulations governing exports.  Initially, the Export Administration Act ("EAA"), 50 App. U.S.C. §§ 2401-2420, regulated the export of goods, technology, and software from the United States.  Pursuant to the provisions of the EAA, the

2

DOC promulgated the Export Administration Regulations (EAR), 15 C.F.R. §§ 730-774, which contain additional restrictions on the export of goods outside of the United States, consistent with the policies and provisions of the EAA.  See 15 C.F.R. § 730.02.  Although the EAA lapsed on August 17, 2001, pursuant to the authority provided to the President under IEEPA, the President issued Executive Order 13222, which declared a national emergency with respect to the unusual and extraordinary threat to the national security, foreign policy, and economy of the United States in light of the expiration of the EAA  Accordingly, pursuant to IEEPA, the President ordered that the EAR's provisions remain in full force and effect despite the expiration of the EAA.  Presidents have issued annual Executive Notices extending the national emergency declared in Executive Order 13222 from the time period covered by that Executive Order through the present.  See, e.g., 81 Fed. Reg. 52587 (Aug. 8, 2016).  Under IEEPA, it is a crime to willfully violate any regulation promulgated thereunder, including the EAR.  See 50 U.S.C. § 1705.

6.      The Department of Commerce's EAR contain a list of names of certain foreign persons – including businesses, research institutions, government and private organizations, individuals, and other types of legal persons – that are subject to specific license requirements for the export, reexport and/or transfer (in-country) of specified items. These persons comprise the Entity List, which is found in Supplement No. 4 to Part 744 of the EAR. On an individual basis, the persons on the Entity List are subject to licensing requirements and policies supplemental to those found elsewhere in the EAR. Causing the export or exporting items subject to the EAR without a license is a violation of IEEPA. Moreover, assisting a party in knowingly taking any action with the intent to evade the provisions of the EAR, including license requirements imposed by an Entity Listing, is also a violation of the IEEPA.

3

7.     The money laundering statute criminalizes substantive and conspiracy offenses, 18 U.S.C. § 1956(h). Pursuant to 18 U.S.C. § 1956(c)(7)(D), the term "specified unlawful activity," includes a violation of IEEPA and the EAR. Section 1956(a)(2)(A) (the international promotional money laundering statute) criminalizes transporting, transmitting, and transferring, and attempting to transport, transmit, and transfer a monetary instrument or funds, inter alia, to a place in the United States from or through a place outside the United States with the intent to promote the carrying on of specified unlawful activity.

8.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  See 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated."  18 U.S.C. § 2711(3)(A)(i).  As discussed more fully below, acts or omissions in furtherance of the offenses under investigation occurred within Washington, DC.  *See* 18 U.S.C. § 3237.  Additionally, the criminal offenses under investigation began or were committed upon the high seas, and/or elsewhere outside of the jurisdiction of any particular State or district, and no offender is known to have, or have had, residence within any United States district.  *See* 18 U.S.C. § 3238.  The financial transactions related to these criminal offenses occurred in U.S. dollars, and related to the conduct occurring outside the United States; and the money laundering statutes provide extra-territorial jurisdiction for such crimes. *See* 18 U.S.C.  §§ 1956, 1957.  Finally, the offenses under investigation are the subject of a grand jury investigation in the District of Columbia.

## PROBABLE CAUSE

9.     The FBI and the U.S. Department of Commerce are investigating the evasion of the Department of Commerce's Entity List.

4



10.   On ████████ the Department of Commerce added ████████ ████████ to the Entity List on the basis of its involvement in activities contrary to the national security and foreign policy interests of the United States. ████ ████████ Specifically, the Entity Listing noted that ██ was involved in the ████████████████████████ ██

11.   On ████████, the Department of Commerce also placed ████████ ████████ on the Entity list. *See id.* The Entity Listing noted that ██ was involved in the unauthorized exploitation of ████████ ████████ to illicitly obtain and export information, including ████████

12.   The subsequent arrest and sentencing of ██ provides additional information about ██ illegal activities. On ████████ pleaded guilty to ████████ ████████ admitted that, from October 2008 to March 2014, he ████████ ████████ to gain unauthorized access to ████████ ████████ to obtain sensitive ████████ ████████ and his co-conspirators obtained included ████ ████████

5

was initially arrested in ███████████ on a warrant issued in relation to this case.  ██

waived ███████ and consented to ███████████████████████████

13.    On ███████████ was sentenced to ███████████████████████

███████████████████████  The government's sentencing memo references

███  as a front for the  ███  and describes it as being responsible for ███████████

███████████████  is also referenced as having directed a ███████████

███████████████████████████████████████████████████████

███████████████████████████

███████████████████████████

14.    According to U.S. Company #1, a ███████████████████████████

███████████████████████████████████████████████████████

███  provides ███████████████████████, assisting its customers with

███████████████████████████  Prior to ███  Entity Listing,

U.S. Company #1 sold items to ███  companies that used ███  logistics services.

15.    Based on travel records, open source research, and subpoena returns from U.S.

Company #1, ███, a ███████████ and the user of the Target Account, has been employed by

███ since at least 2010. ██ described himself as being responsible for ███████████

███████████████████████████.

16.    Prior to ███ addition to the Entity List, ██ facilitated and caused the export of

███████  from the United States on behalf of ███ for at least ███ years, including facilitating

and causing the purchase of more than ███████████ from U.S. Company #1. A

summary of orders facilitated by ███, believed to be with / at the direction of ███, and related

payments laundered into the United States, to U.S. Company #1 are listed below:

| Year | Total number of wires | Total amount wired (USD) | Wire from: | Wire to: |
|---|---|---|---|---|
| ██████ | ██████ | ██████ | ██████ | ██████ |

17. As noted above, ██████ is known by law enforcement to be involved in the illicit procurement of ████████████████████████████████████████ Several of the U.S. exports facilitated by ██████ on behalf of ██████ from U.S. Company #1 contained items that required an export license to ██████ if the U.S. exporter knows that the item will be used in a ████████████████████████ As such, ██████ role as a ████████████████████████ allowed items to be exported from the U.S. without a detailed examination by the licensing authorities, as the U.S. Company would not have been aware of the true end user, ████████████████████ facilitated and caused on behalf of ██████ approximately ██████ shipments of products classified by U.S. Company #1 as ████████████████████████ and approximately ██████ shipments of products classified by ████████████████ Based on my knowledge of ██████ as ████████████████ as well as on my training and experience, I believe these particular items may have been procured by ██████ for ██████████████████████ For example, U.S. Company #1 sold to ██████████████ which are designed for ████████████████████████████ These parts are commonly used in ████████████████████ ████████████████████████████████████ U.S. Company #1 also sold to ██████ a ██████████████████████ which is commonly used in

7

████████████████████████████████████████████ which also may be used by ████████

████ U.S. exporters rely on foreign consignees to provide accurate information concerning the

end use of products being exported from the United States so that they can comply with U.S.

export control laws and to prevent unlawful diversion of items to end users and end uses;

however, ████ illegally failed to make such disclosures or seek the requisite export license.

████████████████████████████████████████████

18.     Prior to the addition of ████ to the Entity List, ████ provided to U.S. Company #1

his telephone number, ██████████ and his email address, ██████████████

19.     Shortly before ████ was added to the Entity List, ████ changed the email address

he used to communicate with U.S. Company #1. ████ began using email address

██████████████ when communicating with U.S. Company #1, but continued to use the

same telephone number, ██████████

20.     After discussions between the FBI and U.S. Company #1, U.S. Company #1

began to divest all business relationships with ████. U.S. Company #1's ████████████

██████████████ indicated that she had a conversation with U.S. Company #1's

████ country team about this planned divestment from ████. This conversation occurred prior

to ████ addition to the Entity List on ██████████ As a result, some of U.S. Company #1's

distributors had already started the process of finding new customers to replace ████ prior to the

entity listing. Your affiant believes this explains why ████ changed the email address he used to

communicate with U.S. Company #1 about ████ weeks before ████ was added to the Entity

List.  Your affiant believes ████ took these measures in order to disguise his continued affiliation

with ████ and in an effort to evade U.S. export licensing requirements imposed due to ████

designation on the Entity List.

21. ▮▮▮ has associated the name ▮▮▮▮ with his new ▮▮▮▮▮▮▮▮▮ account. In several emails with U.S. Company #1, ▮▮▮ is referred to as ▮▮▮▮ When sending emails using the new ▮▮▮▮▮▮▮ address, ▮▮▮ continued to sign his name "▮▮▮ ▮▮▮▮"

22. After ▮▮▮ was added to the Entity List, ▮▮▮ continued to facilitate the same quantity and type of exports from U.S. Company #1, but used a new company that was not restricted from purchasing, receiving, or causing the export of items from the United States. The company, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ used a different address and payment system, neither of which had been previously linked to ▮▮▮.

23. Electronic Export Information (EEI) records maintained by the Department of Commerce show no exports to ▮▮▮▮ prior to ▮▮▮ Entity Listing, with the exception of the July 2014 shipment from U.S. Company #1. Any U.S. export over ▮▮▮ and any export of items that requires a license regardless of value, requires the completion of EEI. Based on your affiant's training and experience, your affiant is aware that companies that are placed on the Entity List will often open a new company or re-name their initial company, in an effort to circumvent and evade U.S. export laws and allow their companies to still procure items from the U.S. One way to do this is to take an organization that has never been used before and stand it up as if it were a long running business. The lack of EEI for ▮▮▮▮ is consistent with a company that had no substantial export history from the United States prior to the entity listing of ▮▮▮.

24. Based on ▮▮▮▮ dearth of export activity from the United States prior to the Entity Listing and the similarity in orders placed by the two companies, your affiant believes that ▮▮▮▮ is a ▮▮▮▮▮ that began procuring items from the U.S. on behalf of ▮▮▮ after

9

██████ Entity Listing.

25.    ██████ continued to use the same telephone number, ██████, to facilitate the purchase and export of technology from the United States on behalf of ██████ Subpoena returns reveal that in the nearly two years since ██████ was added to the Entity List, ██████ has facilitated and caused the purchase and export of more than ████████████████████ manufactured by U.S. Company #1 on behalf of ████████ A summary of recent ██████████ facilitated orders and related payments laundered into the United States to U.S. Company #1 is detailed below:

| Year | Total number of wires | Total amount wired (USD) | Wire from: | Wire to: |
|------|----------------------|--------------------------|------------|----------|
|      |                      |                          |            |          |

26.    Several of the U.S. exports facilitated by ███ on behalf of ██████ from U.S. Company #1 contained items that required an export license to ████ where the U.S. exporter knows that the item will be used in a ██████████ as described above. As such, based on my training and experience, I believe that ██████ role as a ██████████ for ████, which is a front for ██████████, allowed items to be exported from the U.S., as the U.S. Company would not have been aware of the true end user or end use. After ████ was added to the Entity List, ███ facilitated and caused on behalf of ██████ approximately ███ shipments of products classified by U.S. Company #1 as ██████████ and approximately ███ shipments of products classified by Company #1 as ██████████ which your affiant believes may have been intended for ██████████ by ████ and/or ████████. These items required an export license if:

10

(a) intended for a company designated on the Entity List; or (b) the items were intended for ███████████ in ████. U.S. exporters rely on foreign consignees to provide accurate information concerning the end use of products being exported from the United States. ████████████████████

27.     On or about July 1, 2016, a publically available ██████████████ ████████████ listed ██████ as the point of contact for ████. The ████████████ referenced as "███████████████████ provides ████ contact information as ████████████████████████

28.     On or about July 9, 2014, a representative of a distributor of U.S. Company #1 notified ████ employees of U.S. Company #1 that ███████ had changed his email address to ████████████ On or about August 10, 2014, U.S. Company #1 notified the FBI that since ████ was listed on the Entity List, several of its ████████████ started using the services of ████████. U.S. Company #1 provided the following information for ████████:



Your affiant notes that the contact email address for ██████ is the same email address known by U.S. Company #1 to be used by ████ ████

11

29.     On or about December 11, 2014, an █████████████████ of U.S. Company #1 sent an email to ██ employees of U.S. Company #1, referencing ██ as ██████ and providing his email address as █████████████ and his phone number as ████████

30.     On or about September 10, 2010, ███ sent an email, using the email account ████████████ to ██████████ of U.S. Company #1. Attached to the email was a ████████████████████ documenting the export of U.S. Company #1's products. This correspondence reflects that ███ was using email communications as early as September 2010 to procure sensitive U.S. origin equipment.

31.     On or about January 3, 2015, ████ sent an email, using the email account ██████████████, to ██████████ of U.S. Company #1 and caused and facilitated the logistics of a shipment from U.S. Company #1.

32.     On or about July 16, 2014, █████ sent an email, using the email account ████████████ to the user of ██████████████ In the email, ███ wrote, ██████████



████████████████████████ Attached to the email were ███ documents providing additional information about the new company, ██████████, including its business registration documents, contact information, and banking information. Your affiant understands this email as an attempt by ████ to conceal his association with █████.

12

███ Travel to the United States

33.    ███ applied for, and received from the U.S. State Department, ███, multi-entry, non-immigrant Visa. The Visa was approved on ████████████████████ ███ In ███ Visa application, he provided the following information:



34.    Your affiant notes that ███ is often referred to as ███ in communications with U.S. Company #1, and that ███ also used ███ as a part of the Target Hotmail account. Your affiant also notes that the telephone number listed in ████████ is the same number ███ provided to employees of U.S. Company #1 both before and after the addition of ███ to the Entity List.  According to records provided by ████████████████ ████████████ days in July 2016.

18 U.S.C. 2703(d) order to Hotmail for the Target Account

35.    On ████████, an order was issued to Hotmail by the Honorable United States Magistrate Judge Deborah A. Robinson in the District of Columbia for records related to the Target Account. According to the records returned pursuant to the order, the Target Account was registered by ████████████ from an IP address that, according to open sources, resolves to ███. The account was accessed as recently as August 13, 2016.

36.    Records returned provide probable cause to believe that the Target Account contains evidence of violations of U.S. export laws. On or about January 4, 2016, the Target Account received an email from ████████████ The email was also sent to

13



██████████ the previously referenced email address used by ███ for illicit ██████

procurements. On or about July 14, 2016, the Target Account received an email from

███████████████████ Investigators believe these and similar emails contain

███████████ which may identify additional U.S. companies selling controlled U.S.

█████████ to ████████ at the direction of ████. Specifically, records may contain ██████

████████████ which can be used to identify U.S. companies exporting items to ████ in

violation of U.S. export control laws.

37.     On or about April 12, 2012, the Target Account received an email from

████████████████ According to State Department records, ████████ applied for a

non-immigrant Visa on or about ███████████ listed her email account as ██████████████

██████████████ listed her employer as ████████████████

The April 12, 2012 email was also sent to ████████████████ According to State

Department records, ██████████ applied for a non-immigrant Visa on ████████████ and

listed her email address as ████████████████████ also listed her employer as ████████████

████. Investigators believe this and similar emails could contain discussions of ████ business

and its work on behalf of ████████.

38.     On or about March 12, 2012 and December 15, 2013, ████████ using the Target

Account, sent emails to ████████████████████ There is probable cause to believe

these emails contain discussion of ████ business and its work on behalf of ████████████.

39.     On or about March 23, 2013, the Target Account received an email from

████████████████ the above referenced email used by ████ to conduct procurement on behalf

of ████. Based on my training and experience, I know that persons often forward inculpatory

emails to their personal email accounts. There is probable cause to believe that ████ may be

14

forwarding to himself items related to ▇▇ and ▇▇▇▇▇▇ business, and its work on behalf of ▇▇▇▇▇▇.

40.    ▇▇▇ above referenced use of the Target Account to communicate with other ▇▇▇▇▇▇ use of the Target Account to receive an email sent from the account used to conduct ▇▇▇ business, and his use of the account to receive an email which was also sent to the account used to conduct ▇▇▇▇ business, indicates that additional evidence and records of his illegal procurement will be located in the Target Account. Based on my training and experience, I know that individuals store files relating to their business in their email accounts. I believe that ▇▇▇ email account will contain these and other records which may be evidence of his illegal procurement on behalf of ▇▇ and ▇▇▇▇.

41.    A preservation request for the target account was sent to Microsoft Hotmail on July 5, 2016 and on January 17, 2017.  In general, an e-mail that is sent to a Hotmail subscriber is stored in the subscriber's "mail box" on Hotmail servers until the subscriber deletes the e-mail. If the subscriber does not delete the message, the message can remain on Hotmail's servers indefinitely. Even if the subscriber deletes the e-mail, it may continue to be available on Hotmail's servers for a certain period of time.

## BACKGROUND CONCERNING E-MAIL

42.    In my training and experience, I have learned that Microsoft Hotmail provides a variety of on-line services, including electronic mail ("e-mail") access, to the public.  Hotmail allows subscribers to obtain e-mail accounts at the domain name hotmail.com, like the e-mail account listed in Attachment A.  Subscribers obtain an account by registering with Hotmail. During the registration process, Hotmail asks subscribers to provide basic personal information. Therefore, the computers of Hotmail are likely to contain stored electronic communications

15

(including retrieved and unretrieved e-mail for Hotmail subscribers) and information concerning subscribers and their use of Hotmail services, such as account access information, e-mail transaction information, and account application information. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

43.      A Hotmail subscriber can also store with the provider files in addition to e-mails, such as address books, contact or buddy lists, calendar data, pictures (other than ones attached to e-mails), and other files, on servers maintained and/or owned by Hotmail. Subscriber information from the target account indicates this user uses the following services that Microsoft operates: Mail and Office 365. These services allow individuals to communicate electronically and store data and may contain additional information relevant to proceedings.

44.      In my training and experience, evidence of who was using an e-mail account may be found in address books, contact or buddy lists, e-mail in the account, and attachments to e-mails, including pictures and files.

45.      In my training and experience, e-mail providers generally ask their subscribers to provide certain personal identifying information when registering for an e-mail account. Such information can include the subscriber's full name, physical address, telephone numbers and other identifiers, alternative e-mail addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number). In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users. Based on my training and experience, I know that even if subscribers insert false information to conceal their identity, this information often nevertheless provides clues to their identity, location, or illicit activities.

16

46.     In my training and experience, e-mail providers typically retain certain transactional information about the creation and use of each account on their systems.  This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account.  In addition, e-mail providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account.  Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the e-mail account.

47.     In my training and experience, in some cases, e-mail account users will communicate directly with an e-mail service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users.  E-mail providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications.  In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

48.     As explained herein, information stored in connection with an email account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each offense-element, or, alternatively, to exclude the innocent from further suspicion.  From my training and

17

experience, I know that the information stored in connection with an email account can indicate who has used or controlled the account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, email communications, contacts lists, and images sent (and the data associated with the foregoing, such as date and time) may indicate who used or controlled the account at a relevant time. Further, information maintained by the email provider can show how and when the account was accessed or used. For example, email providers typically log the IP addresses from which users access the email account along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the email account access and use relating to the criminal activity under investigation. This geographic and timeline information may tend to either inculpate or exculpate the account owner. Additionally, information stored at the user's account may further indicate the geographic location of the account user at a particular time (e.g., location information integrated into an image or video sent via email). Finally, stored electronic data may provide relevant insight into the email account owner's state of mind as it relates to the offense under investigation. For example, information in the email account may indicate the owner's motive and intent to commit a crime (*e.g.*, communications relating to the crime), or consciousness of guilt (*e.g.*, deleting communications in an effort to conceal them from law enforcement).

## CONCLUSION

49.    Based on the forgoing, I request that the Court issue the proposed search warrant. Because the warrant will be served on Microsoft Hotmail who will then compile the requested

records at a time convenient to it, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night.

## **REQUEST FOR SEALING**

50.     It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and search warrant.  I believe that sealing this document is necessary because the warrant is relevant to an ongoing investigation into the criminal organizations as not all of the targets of this investigation will be searched at this time.  Based upon my training and experience, I have learned that, online criminals actively search for criminal affidavits and search warrants via the internet, and disseminate them to other online criminals as they deem appropriate, i.e., post them publicly online through the carding forums.  Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

Respectfully submitted,

██████████████████████

Subscribed and sworn before me telephonically by ████████████ per Fed. R. Crim. P. 41(d)(3) on this __7th__ day of February, 2017.

_____

HON. G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

## <u>ATTACHMENT A</u>

### Property to Be Searched

This warrant applies to information associated with ███████████ that is stored at premises controlled by Microsoft Hotmail, a company that accepts service of legal process at Redmond, Washington.

## <u>ATTACHMENT B</u>

**Particular Things to be Seized and Procedures
to Facilitate Execution of the Warrant**

I.     **Information to be disclosed by Microsoft Hotmail (the "Provider") to facilitate execution of the warrant**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on July 6, 2016 and on January 17, 2017, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

1.     The contents of all e-mails associated with the account, September 1, 2010 to the PRESENT**,**  including stored or preserved copies of e-mails sent to and from the account, e-mail attachments, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

2.     All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

3.     The types of service utilized;

4.     All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken**.**

The Provider shall deliver the information set forth above via United States mail, courier,

or e-mail to: ███████████████████████████████████████████████

███████

II.  **Information to be seized by the government**

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of 50 U.S.C. § 1701 *et seq*., and 18 U.S.C. § 1956, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a)  Evidence related to the amount and location of any payments, monies, or funds transfers by/to ███████████████████████████████

████████████████████████████████████████████████████████

(b)  Evidence related to transshipments, including, but not limited to U.S. origin items, by/to ████████████████████████████████████

████████████████████████████████████████████████

(c)  Evidence related to transshipments to/from ████████████████████

(d)  Records related to the shipment of commodities/goods including, but not limited to, bills of lading, port call documents, and customs forms;

(e)  Evidence related to banking or financial information related to ██████████

████████████████████████████████████████████████████████

(f)  Evidence related to sanctions and Departments of Treasury and Commerce regulations, and practices undertaken to avoid these regulations;

3

(g) the transportation or transmission of funds that have been derived from a criminal offense;

(h) the transportation, transmission, or transfer of funds that are intended to be used to promote, conceal, or support unlawful activity;

(i) Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

(j) Evidence indicating the email account owner's state of mind as it relates to the criminal activity under investigation;

(k) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(l) Identification of coconspirators, accomplices, and aiders and abettors in the commission of the above offenses; and

(m) The identity of the person(s) who communicated with the user ID about matters relating to the laundering of funds to / from ████████████████████, transshipping items to ████████████████, U.S. sanctions, and assisting ████████████, including records that help reveal their whereabouts.

4

III.     **Government procedures for warrant execution**

      The United States government will conduct a search of the information produced by the Provider and determine which information is within the scope of the information to be seized specified in Section II.  That information that is within the scope of Section II may be copied and retained by the United States.

      Law enforcement personnel will then seal any information from the Provider that does not fall within the scope of Section II and will not further review the information absent an order of the Court.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Microsoft Hotmail, and my official title is _____. I am a custodian of records for Microsoft Hotmail. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Microsoft Hotmail, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b.      such records were kept in the ordinary course of a regularly conducted business activity of Microsoft Hotmail; and

c.      such records were made by Microsoft Hotmail as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____          _____

Date                                                              Signature

AO 93 (Rev. 12/09 issued to seize Seizure Warrant (Page 3))

| Return | | |
|---|---|---|
| Case No.:<br>1:17-mj-0058 | Date and time warrant executed:<br>02/08/2017 | Copy of warrant and inventory left with:<br>Microsoft Hotmail |
| Inventory made in the presence of :<br>████████████████████ | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Emails for account ███████████████████████

returned from Microsoft.com.

# FILED

## APR 0 6 2018

**Clerk, U.S. District & Bankruptcy**
**Courts for the District of Columbia**

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated Judge. |

Date: 4/5/2018

████████████████████████
████████████████████████
████████████████████████